Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GLENN BELL, | ) Case No. **3:12-cv-03327-SC** |
| | ) |
| Plaintiff, | ) **JOINT REQUEST TO DISMISS** |
| | ) **WITHOUT PREJUDICE** |
| vs. | ) |
| | ) |
| TRANS UNION, LLC., BMW | ) |
| FINANCIAL SERVICES NA, LLC., | ) |
| BMW BANK OF NORTH | ) |
| AMERICA, and KELKRIS | ) |
| ASSOCIATES, INC., d/b/a CREDIT | ) |
| BUREAU ASSOCIATES, | ) |
| | ) |
| Defendants. | ) |

NOW COME THE PARTIES by and through their attorneys to respectfully

move this Honorable Court to dismiss without prejudice this matter pursuant to

Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own

costs and expenses. A proposed order has been concurrently submitted to this

Court via email.

Respectfully submitted this 6th day of September, 2012

By: s/Todd M. Friedman
      Law Offices of Todd M. Friedman, P.C.
      Attorney for Glenn Bell

By: s/Monica Katz-Lapides
      Tate & Associates
      Attorney for TransUnion, LLC.

By: _Stephen P. Brunner_   9·10·12
      Angell, Brunner & Angell
      Attorney for BMW Financial Services
      Attorney for BMW Bank of North America

By: s/Brandon Reeves
      Ellis Law Group, LLC.
      Attorney for Kelkris Associates, Inc. d/b/a
      Credit Bureau Associates

Filed electronically on this 10th day of September, 2012, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Robert J. Schuckit
Schuckit & Associates, PC.
4545 Northwestern Drive
Zionsville, IN 46077

Lauren E. Tate
Monica Katz-Lapides
Tate & Associates
1321 Eighth Street, Suite 4
Berkeley, CA 94710

Stephen P. Brunner
Angell, Brunner & Angell
115 Sansome Street, Suite 1200
San Francisco, CA 94104

Brandon L. Reeves
Andrew M. Steinheimer
Ellis Law Group, LLC.
740 University Avenue, Suite 100
Sacramento, CA 95825

This 10th day of September, 2012.

s/Todd M. Friedman
Todd M. Friedman

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA\
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **GLENN BELL,** ) | Case No. **3:12-cv-03327-SC** |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| **TRANS UNION, LLC.,  BMW** ) | |
| **FINANCIAL SERVICES NA, LLC.,** ) | |
| **BMW BANK OF NORTH** ) | |
| **AMERICA, and KELKRIS** ) | |
| **ASSOCIATES, INC., d/b/a CREDIT** ) | |
| **BUREAU ASSOCIATES,** ) | |
| ) | |
| Defendants. ) | |

    IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed without prejudice. Each party shall bear their own costs and expenses.

    Dated this __10__ day of September, 2012



_____
The Honorable Samuel Conti